from Judgment of Supreme Court, Monroe County, Bergin, J.—CPLR art 78.) Present—Lawton, J. P., Callahan, Doerr, Balio and Boehm, JJ.

■ In the Matter of ERNEST MILLER, as President of Rochester Fire Fighters Association, IAFF Local 1071, et al., Respondents, v DAVID L. GRIFFITH, as Fire Chief of City of Rochester Fire Department, et al., Appellants. (Appeal No. 2.) [668 NYS2d 956] —Order unanimously reversed on the law without costs. Same Memorandum as in *Matter of Miller v Griffith* (241 AD2d 938 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Bergin, J.—Contempt.) Present—Lawton, J. P., Callahan, Doerr, Balio and Boehm, JJ.

■ LYNNE M. KRUSE et al., as Administratrices of the Estate of MICHAEL J. MILLER, Deceased, Appellants, v HILMAN KELLY COMPANY et al., Respondents. (Appeal No. 1.) [662 NYS2d 285] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gerace, J. (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Discovery.) Present—Denman, P. J., Green, Doerr, Balio and Boehm, JJ.

■ LYNNE M. KRUSE et al., as Administratrices of the Estate of MICHAEL J. MILLER, Deceased, Appellants, v HILMAN KELLY COMPANY et al., Respondents. (Appeal No. 2.) [662 NYS2d 285] —Appeal unanimously dismissed without costs (*see, Empire Ins. Co. v Food City*, 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Reargument.) Present—Denman, P. J., Green, Doerr, Balio and Boehm, JJ.

■ LYNNE M. KRUSE et al., as Administratrices of the Estate of MICHAEL J. MILLER, Deceased, Appellants, v HILMAN KELLY COMPANY et al., Respondents. (Appeal No. 5.) [668 NYS2d 957] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gerace, J. (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Recusal.) Present—Denman, P. J., Green, Doerr, Balio and Boehm, JJ.

■ LYNNE M. KRUSE et al., as Administratrices of the Estate of MICHAEL J. MILLER, Deceased, Appellants, v HILMAN KELLY COMPANY et al., Respondents. (Appeal No. 6.) [662 NYS2d 285] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gerace, J. (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Sanctions.) Present—Denman, P. J., Green, Doerr, Balio and Boehm, JJ.